

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00079-CR

Derek **ATKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 31690
Honorable Lynn Ellison, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time is hereby GRANTED. The Appellant's Brief is due no later than August 28, 2017. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk